JS-6 / ENTERED

I HEREBY CERTIFY THAT THIS DOCUMENT WAS SERVED BY
FIRST CLASS MAIL POSTAGE PREPAID, TO ALL COUNSEL — Plaintiff
(OR PARTIES) AT THEIR RESPECTIVE MOST RECENT ADDRESS OF
RECORD IN THIS ACTION ON THIS DATE.

DATED: 5.4.12

DEPUTY CLERK

FILED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

MAY - 4 2012

CENTRAL DISTRICT OF CALIFORNIA
BY                            DEPUTY

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY VASQUEZ,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>JESSE RUBALCAVA et al.,<br><br>　　　　Defendants. | Case No. SACV 11-1968-DSF (JPR)<br><br>**J U D G M E N T** |

In accordance with the Memorandum Opinion and Order Dismissing Action for Failure to State a Claim and Failure to Prosecute,

IT IS HEREBY ADJUDGED that this action is dismissed.

DATED: 5/3/12

_Dale S. Fischer_
DALE S. FISCHER
U.S. DISTRICT JUDGE

ENTERED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

MAY - 4 2012

CENTRAL DISTRICT OF CALIFORNIA
BY                            DEPUTY